FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 MAR -6  PM 12: 48

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

CARDELL THOMAS,                )
                               )
    Plaintiff,                 )
                               )
v.                             )     CV 604-61
                               )
ZELLNER YOUNG,                 )
                               )
    Defendant.                 )
                               )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion for summary judgment is **DENIED**, Defendant's motion for summary judgment is **GRANTED**, a **FINAL JUDGMENT** shall be **ENTERED** in favor of Defendant, and this case shall be **CLOSED**.

SO ORDERED this 6 day of March, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT